# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| EVELYN LINA HAYES, | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   3:17-CV-0648 |
| NANCY A. BERRYHILL, | ) |
| *Defendant* | )   (Chief Judge Conner) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* )
_____ recover costs from the plaintiff *(name)*
_____ .

X   other:   <u>JUDGMENT be and is hereby ENTERED in favor of plaintiff EVELYN LINA HAYES, and against defendant,</u>
NANCY A. BERRYHILL "the Commissioner," as follows: The Commissioner's decision is VACATED and this
matter is REMANDED to the Commissioner with instructions to conduct a new administrative hearing, develop
the record fully, and evaluate the evidence appropriately in accordance with this order (Doc. 16) and the report
(Doc. 15) of Magistrate Judge Mehalchick.

This action was *(check one)*:

☐   tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge        Chief Judge Christopher C. Conner

### COMPLAINT FOR REVIEW OF HHS DECISION (DIWC)

Date: _____ Jul 26, 2018 _____        *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                                                                                K. McKinney
                                                          _____
                                                                *Signature of Clerk or Deputy Clerk*