# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVELYN LINA HAYES,** | : | CIVIL ACTION NO. 3:17-CV-648 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of the Stipulation (Doc. 19), it is hereby ORDERED that said Stipulation is APPROVED. Plaintiff, Evelyn Lina Hayes, is awarded Four Thousand Nine Hundred Eighty Nine Dollars and 38/100 cents ($4,989.38) in attorney fees under the EAJA. These attorney fees will be paid directly to Plaintiff, Evelyn Lina Hayes, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees and costs in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania