# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVELYN LINA HAYES,** | : | CIVIL ACTION NO. 3:17-CV-648 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Acting Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of March, 2019, upon consideration of Plaintiff's Motion (Doc. 21) for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby ORDERED as follows:

1. That the Court authorizes a payment to Patrick J. Best, Esquire in the amount of fifteen thousand four hundred six dollars and fifty cents ($15,406.50) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services;

2. Upon receipt of this sum, Plaintiff's counsel shall remit four thousand nine hundred eighty-nine dollars and thirty eight cents ($4,989.38) directly to Plaintiff, representing the sum already paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania